UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BARTEE and DIXIE BARTEE,

    Plaintiffs,

v.

SKANSKA USA BUILDING, INC., f/n/a
ETKIN SKANSKA and/or ETKIN,
JOHNSON and KORB, INC., and/or ETKIN
SKANSKA CONSTRUCTION CO. OF
MICHIGAN,

Case No. 04-72379

Honorable Patrick J. Duggan

    Defendant/Third-Party
    Plaintiff,

v.

CADILLAC IRON, INC.

    Third-Party Defendant.
_____/

## JUDGMENT

Plaintiffs Michael and Dixie Bartee, husband and wife, filed this action against Defendant Skanska USA Building, Inc. ("Skanska") after Michael Bartee was injured during the construction of an elementary school in East China, Michigan. Skanska filed a third-party complaint against Third-Party Defendant Cadillac Iron, Inc., Michael Bartee's employer, claiming that Cadillac Iron must indemnify and defend Skanska with respect to Plaintiffs' complaint. For the reasons set forth in an Opinion and Order on this date granting Skanska's motion for summary judgment with respect to Plaintiffs' complaint,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' complaint is **DISMISSED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Third-Party Plaintiff Skanska's complaint against Third-Party Defendant Cadillac Iron, Inc. is **DISMISSED AS MOOT**.

DATE: May 11, 2005              s/PATRICK J. DUGGAN
                                UNITED STATES DISTRICT JUDGE

Copies to:
Richard L. Steinberg, Esq.
Jerome A. Galante, Esq.
Mark R. Johnson, Esq.