UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BARTEE and DIXIE BARTEE,

    Plaintiffs,

v.

SKANSKA USA BUILDING, INC., f/n/a
ETKIN SKANSKA and/or ETKIN,
JOHNSON and KORB, INC., and/or ETKIN
SKANSKA CONSTRUCTION CO. OF    Case No. 04-72379
MICHIGAN,

    Honorable Patrick J. Duggan

    Defendant/Third-Party
    Plaintiff,

v.

CADILLAC IRON, INC.

    Third-Party Defendant.
_____/

## AMENDED JUDGMENT

    Plaintiffs Michael and Dixie Bartee, husband and wife, filed this action against Defendant Skanska USA Building, Inc. ("Skanska") after Michael Bartee was injured during the construction of an elementary school in East China, Michigan. Skanska filed a third-party complaint against Third-Party Defendant Cadillac Iron, Inc., Michael Bartee's employer, claiming that Cadillac Iron must indemnify and defend Skanska with respect to Plaintiffs' complaint. For the reasons set forth in a May 11, 2005 Opinion and Order in which the Court granted Skanska's motion for summary judgment with respect to

Plaintiffs' claims and an Opinion and Order issued on this date granting Skanska's motion for summary judgment with respect to its third-party complaint against Cadillac,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Plaintiffs' complaint is **DISMISSED**;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT IS ENTERED IN FAVOR OF** Third-Party Plaintiff Skanska against Third-Party Defendant Cadillac Iron, Inc. with respect to reasonable attorney's fees.

DATE: May 26, 2005               s/PATRICK J. DUGGAN
                                 UNITED STATES DISTRICT JUDGE

Copies to:
Richard L. Steinberg, Esq.
Jerome A. Galante, Esq.
Mark R. Johnson, Esq.